United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-21825-ref
Dawn A. Steimer                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa             Page 1 of 3                Date Rcvd: Nov 14, 2016
                            Form ID: 138NEW        Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
```
db          +Dawn A. Steimer,    28 Front Street,    Mohnton, PA 19540-2015
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           CitiMortgage, Inc.,    PO BOX 6030,    SIOUX FALLS, SD  57117-6030
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 E. Bethpage Road,    Plainview, NY 11803-4224
cr          +Federal National Mortgage Association ("Fannie Mae,    c/o Rosicki, Rosicki, & Associates, P.C.,
              51 E. Bethpage Rd,    Plainview, NY 11803-4224
12487875    +Accounts Recovery Bureau - CTV,    Accounts Recovery  Bureau Inc,    P. O. box 6768,
              Wyomissing PA 19610-0768
12487876    +Arrow Financial Services,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
12487877     Bank of America,    P.O. Box 9820236,    El Paso, TX  79998-2236
12567907    +Bayview Loan Servicing, LLC,    Jill Manuel-Coughlin, Esq.,    1310 Industrial Blvd.,
              1st Floor, Ste. 202,    Southampton, PA 18966-4030
12487879     Borough of Womelsdorf,    1 West High Street,    Womelsdorf, PA  19567
12487880     Borough of Womelsdorf,    1 West Hight Street,    Womeldorf, PA  19567
12487910    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual/Providian,    P.O. Box 660509,
              Dallas, TX 75266-0509)
12487885    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Citi Cards / Sunoco,    P.O. Box 6000,    The Lakes, NV 89163)
12868342    +CITIMORTGAGE, INC,    JOHN MICHAEL KOLESNIK,    Phelan Hallinan & Schmieg LLP,    1617 JFK BLVD,
              Suite 1400,    Philadelphia, PA 19103-1814
12662726     Candica, L.L.C.,    LAWRENCE GARY REINHOLD,    Weinstein & Riley, P.S.,    525 Rocky Hollow Drive,
              Akron, OH 44313-5945
12487881    +Capital Management Services,    2201 Niagara Street,    PO Box 319,    Buffalo, NY 14207-0319
12487882    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
12487884     Chase,    P.O. Box 15298,    Wilmington, DE  19886-5153
12487886     Citi Mortgage,    PO Box 689196,    Des Moines, IA 50368-9196
12585243    +CitiMortgage, Inc,    ANN E. SWARTZ,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
12569657     CitiMortgage, Inc.,    P.O. Box 689196,    Des Moines, IA 50368-9196
12840158    +CitiMortgage, Inc.,,    JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
              Suite 5000,    Philadelphia, PA 19106-1541
12564249    +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
12515342    +City of Reading,    815 Washington St.,    Reading, PA 19601-3690
12487888    +Collection Company of America,    700 Longwater Drive,    Norwell, MA 02061-1796
12487889    +David P. Johnson, Esquire,    3351 Perkiomen Avenue,    Reading, PA 19606-2736
12487890    +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
12633987    +Diverse Funding Associates, LLC,    3580 Harlem Road, Ste. 6,    Cheektowaga NY 14215-2045
12501956     EMERGENCY PHY ASSOC OF PA,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
13248135     Federal National Mortgage Association,    PO Box 1047,    Hartford, CT  06143-1047
12487893    +Fromm Electric Supply,    2101 Centre Avenue,    Reading, PA 19605-2872
12487895    #++HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12487894    +Hayt Hayt & Landau,    2 Industrial Way W,    Eatontown, NJ 07724-2279
12495644    +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
12487898    +New Philadelphia Boro,    15 Macomb Street,    New Philadelphia, PA 17959-1044
12487899    +Northland Group,    P.O. Box 390846,    Minneapolis, MN 55439-0846
12542153     PFS Group,    7670 Woodway Drive, Suite 174,    Houston, TX  77063-1519
12487901     PPL Electric Utilities,    827 Hausman Road,    Allentown, PA  18104-9392
12487900    #+Peifer's Fire Protection, Inc.,    P.O. Box 37,    Pillow, PA 17080-0037
12487902    +Reading Area Water Authority,    c/o John D. Bucolo,    4 Park Plaza 2nd Floor,
              Wyomissing PA 19610-1398
12487903    +Redline Recovery Service,    2350 N Forest Road, Ste 31B,    Getzville, NY 14068-1398
12487904    +Sandra E. Barnhart, Tax Collector,    542 West High Street,    Womelsdorf, PA 19567-1416
12487906    +Schuylkill Valley Sewer Authority,    c/o John A. Vizentine, Esq,    The Slusser Law Firm,
              1620 N. Church St. Ste 1,    Hazleton PA 18202-9509
12542154     St. Joseph Medical Center,    PO Box 644168,    Pittsburgh, PA  15264-4168
12487907    +Statewide Tax Recovery,    P.O. Box 752,    Sunbury, PA 17801-0752
12487908    +Thomas Puleo, Esquire,    Mellon Independence Center,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
12487909     Verizon,    P.O. Box 28000,    Lehigh Valley, PA  18002-8000
12600327     Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
12656044     WELLS FARGO BANK, N.A,    ANDREW SPIVACK,    Phelan Hallinan & Schmieg, LLP,
              One Penn Center at Suburban Station,    16 & JFK Blvd, Suite 1400,    Philadelphia, PA 19103
12697740    +Wells Fargo Bank, N.A.,    Attention Bankruptcy Department,    MAC#X7801-014,
              3476 Stateview Blvd,    Fort Mill, South Carolina 29715-7203
12487911    +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0313-4           User: Lisa                 Page 2 of 3                   Date Rcvd: Nov 14, 2016
                               Form ID: 138NEW            Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              +E-mail/Text: robertsl2@dnb.com Nov 15 2016 02:51:35      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2016 02:51:14
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2016 02:51:42      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr                E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 03:17:12      GE Money Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
cr                E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2016 03:16:19
                  Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
12487878         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 15 2016 02:51:43
                  Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    5th Floor,    Coral Gables, FL 33146-1837
12524970         +E-mail/Text: bncmail@w-legal.com Nov 15 2016 02:51:33      CANDICA, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12487883          E-mail/Text: bankruptcy@cavps.com Nov 15 2016 02:51:39      Cavalry Portfolio Services, LLC,
                  P.O. Box 1017,    Hawthorne, NY 10532
12509288         +E-mail/Text: bankruptcy@cavps.com Nov 15 2016 02:51:38      Cavalry Portfolio Services, LLC,
                  500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
12487887         +E-mail/Text: cityclerk@city.pottsville.pa.us Nov 15 2016 02:52:02      City of Pottsville,
                  401 N. Center Street,    Pottsville, PA 17901-1796
12487891         +E-mail/Text: bknotice@erccollections.com Nov 15 2016 02:51:31      Enhanced Recovery Company,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
12487892          E-mail/Text: bk@payics.com Nov 15 2016 02:52:06      Federal Credit Corp.,    P.O. Box 599,
                  Colleyville, TX 76034-0599
12487896         +E-mail/Text: bankruptcy@icsystem.com Nov 15 2016 02:51:58      IC System Inc.,
                  444 Highway 96 E,    Saint Paul, MN 55127-2557
12542596         +E-mail/Text: bk@payics.com Nov 15 2016 02:52:06      ICS Capital Recovery, LLC,    P. O. Box 1826,
                  Colleyville, TX 76034-1826
12507022          E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2016 02:51:36      Jefferson Capital Systems LLC,
                  PO BOX 7999,    SAINT CLOUD MN 56302-9617
12487897          E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2016 02:51:29      Midland Credit Management, Inc.,
                  P.O. Box 60578,    Los Angeles, CA 90060-0578
13028083          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2016 03:16:19      Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
12497087          E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2016 03:17:14
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
12487905         +E-mail/Text: atoomey@co.schuylkill.pa.us Nov 15 2016 02:51:40
                  Schuylkill County Tax Claim Bureau,    401 N. 2nd Street,    Pottsville, PA 17901-1756
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Candica, L.L.C.,    c/o Weinstein And Riley, PS,    2001 Western Avenue,    Ste 400,
                  Seattle, WA 98121-3132
cr*              +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
cr*              +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                   Page 3 of 3                  Date Rcvd: Nov 14, 2016
                              Form ID: 138NEW              Total Noticed: 73
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    CitiMortgage, Inc. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Candica, L.L.C. CarlaJ@w-legal.com
              D. TROY SELLARS    on behalf of Creditor    WELLS FARGO BANK, N.A. D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    CITIMORTGAGE, INC. D.Troy.Sellars@usdoj.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bayview Loan Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOHN MICHAEL KOLESNIK    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae"), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN H. BURAKS    on behalf of Creditor    City of Reading kburaks@portnoffonline.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MELISSA JUSTINE CANTWELL    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Dawn A. Steimer steve@sottolaw.com, info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 20
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dawn A. Steimer

    Debtor(s)

Bankruptcy No: 11−21825−ref

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/14/16

192 − 191
Form 138_new