Certificate Number: 14912-PAE-DE-025266620

Bankruptcy Case Number: 11-21825



14912-PAE-DE-025266620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2015, at 1:16 o'clock PM EDT, Dawn Steimer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 28, 2015              By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor